OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401682 SEP. 24. 2015

9/21/2015
**CHEN, PAN YAW**          Tr.Ct. No. 560496-A          WR-83,926-01

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

PAUL NUGENT
FOREMAN, DEGEURIN & NUGENT
909 FANNIN, SUITE 590
HOUSTON, TX 77010

U TF

KGJVS3B 77010
EBN3b